1    Mitchell F. Boomer (State Bar No. 121441)
     JACKSON LEWIS LLP
2    199 Fremont Street, 10th Floor
     San Francisco, California  94105
3    Telephone:  (415) 394-9400
     Facsimile:  (415) 394-9401
4

     Attorneys for Defendant
5    COGNOS CORPORATION

6

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    RANDY ACRES, an Individual, | Case No.  CV08-3926MHP |
| 12           Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT COGNOS |
| 13      v. | CORPORATION'S MOTION TO TRANSFER VENUE |
| 14    COGNOS CORPORATION, a business entity; and DOES 1-25, inclusive, | [28 U.S.C. § 1404(a)] * AS AMENDED BY COURT |
| 15 | Date:   January 12, 2009 |
|           Defendants. | Time:   2:00 p.m. |
| 16 | Ctrm:   15 |
| 17 | Complaint Filed: 5/26/08 |
| 18 | Case Removed to Federal Court: 8/18/08 |

19      **The court, having determined that this motion may be decided without the need for oral argument, and this court,**
20    ~~On January 12, 2008 at 2:00 p.m., in Courtroom 15 of the above-captioned court, the~~
21    ~~Honorable Marilyn Hall Patel, Judge of the United States District Court presiding, heard~~
22    ~~Defendant COGNOS CORPORATION's ("Cognos") Motion to Transfer Venue.  Cognos~~
23    ~~appeared by and through its counsel Mitchell F. Boomer of Jackson Lewis LLP.  Plaintiff Randy~~
24    ~~Acres ("Plaintiff"), appeared by and through his counsel Michael T. Welch, of the Law Offices of~~
25    ~~Michael T. Welch.~~ After considering the moving and opposing papers, ~~and the arguments of~~
26    ~~counsel, the Court~~ rules as follows:

27

28

1    IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §1404(a), this matter shall be

2   transferred to the United States District Court for the ~~Southern District of New York located in~~

3   ~~New York, New York~~. District of Massachushetts, and the Clerk of the Court shall transmit *

4    IT IS FURTHER ORDERED _____

5   _____

6   _____

7   _____

10   Dated:   January _7_, 2009

11                                                    Marilyn
                                                      Judge of                        urt

13                                                    IT IS SO ORDERED
                                                      Judge Marilyn H. Patel

17   * to the Clerk of the Court of the District of Massachusetts.  None of the events, documents, or

18   witnesses are in this District, and the employment agreement as governed by the laws of
     Massachusetts where defendant has its principal place of business.  The claims have no nexus
19   to this District. Finally, contrary to plaintiff's complaint, he is not currently a citizen or resident
     of California, and at all relevant times has, in fact, been a resident of Thailand.

[PROPOSED] ORDER GRANTING DEFENDANT COGNOS CORPORATION'S
MOTION TO TRANSFER VENUE  [28 U.S.C. § 1404(a)]                    Case No. CV08-3926MHP